**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

March 22, 2007

**VIA HAND DELIVERY**

Clerk of the Court
United States District Court
 for the District of Delaware
844 N. King Street
Room 2124, Lockbox 19
Wilmington, Delaware 19801

  Re: *Parker-Hannifin Corporation v. Zippertubing (Japan) Ltd.*,
    Civil Action No. 06-751-***

Dear Sir:

  I am enclosing herewith three Alias Summonses in the above-referenced matter to correct typographical errors in the original Summons. Please note the original Summons was not served on the Defendant.

  Thank you for your assistance in this matter.

              Sincerely,

              Francis DiGiovanni

FD:rkl

528791_1

WILMINGTON, DE        WASHINGTON, DC        LOS ANGELES, CA