IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER HANNIFIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-cv- 751-*** |
| v. | ) | |
| | ) | |
| ZIPPERTUBING (JAPAN) LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the **INITIAL DISCLOSURES OF PLAINTIFF PARKER-HANNIFIN CORPORATION PURSUANT TO FED. R. CIV. P. RULE 26(a)** were served upon the following attorneys of record on September 18, 2007:

| VIA E-MAIL AND HAND DELIVERY | VIA E-MAIL AND U.S. MAIL |
|---|---|
| William J. Marsden, Jr.<br>FISH & RICHARDSON P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>marsden@fr.com | John P. Pegram<br>Michael T. Zoppo<br>FISH & RICHARDSON P.C.<br>Citigroup Center<br>153 East 53rd Street, 52nd Floor<br>New York, NY 10022-4611<br>pegram@fr.com<br>zoppo@fr.com |

Dated: September 18, 2007

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants for this case. I further certify that on September 18, 2007, I caused a copy of the foregoing document to be served upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**
William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
marsden@fr.com

**BY E-MAIL AND U.S. MAIL**
John P. Pegram
Michael T. Zoppo
FISH & RICHARDSON P.C.
Citigroup Center
153 East 53rd Street, 52nd Floor
New York, NY 10022-4611
pegram@fr.com
zoppo@fr.com

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)