IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>ZIPPERTUBING (JAPAN), LTD.,<br><br>        Defendant, | Civil Action No. 06-751-*** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 18, 2007, a true and correct copy of

**INITIAL DISCLOSURES OF DEFENDANT ZIPPERTUBING (JAPAN), LTD.** was

caused to be served on the attorneys of record, at the following addresses and in the manner

indicated:

**VIA EMAIL**

| | |
|---|---|
| Rudolf E. Hutz, Esq.<br>Harold Pezzner<br>Francis Digiovanni<br>Connolly, Bove, Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19801 | Attorneys for Plaintiff<br>PARKER-HANNIFIN CORPORATION |

Dated:  September 18, 2007   FISH & RICHARDSON P.C.


By: */s/ William J. Marsden, Jr.*
 William J. Marsden (#2247)
 FISH & RICHARDSON P.C.
 919 N. Market Street, Suite 1100
 P.O. Box 1114
 Wilmington, DE 19899-1114
 (302) 652-5070
 marsden@fr.com

Attorneys for Defendant
ZIPPERTUBING (JAPAN), LTD.

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 18, 2007, I have Electronically Mailed the document to the following person(s)

| | |
|---|---|
| Rudolf E. Hutz, Esq.<br>Harold Pezzner<br>Francis Digiovanni<br>Connolly, Bove, Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19801 | Attorneys for Plaintiff<br>PARKER-HANNIFIN CORPORATION |

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.