IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER HANNIFIN CORPORATION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZIPPERTUBING (JAPAN) LTD., )<br>)<br>)<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-cv- 751-*** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of **(1) Plaintiff's First Set of Interrogatories (Nos. 1-16) and (2) Plaintiff's First Set of Requests for Production of Documents and Things (Nos. 1-105)** were served upon the following attorneys of record on December 17, 2007:

| **VIA E-MAIL AND HAND DELIVERY**<br>William J. Marsden, Jr.<br>FISH & RICHARDSON P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>marsden@fr.com | **VIA E-MAIL AND U.S. MAIL**<br>John P. Pegram<br>Michael T. Zoppo<br>FISH & RICHARDSON P.C.<br>Citigroup Center<br>153 East 53rd Street, 52nd Floor<br>New York, NY 10022-4611<br>pegram@fr.com<br>zoppo@fr.com |
|---|---|

Dated: December 17, 2007        */s/ Francis DiGiovanni*
                                                Rudolf E. Hutz (#484)
                                                Francis DiGiovanni (#3189)
                                                Daniel J. Harbison (#3954)
                                                Steven A. Nash (PA #85707 admitted *pro hac vice*)
                                                CONNOLLY BOVE LODGE & HUTZ LLP
                                                The Nemours Building
                                                1007 N. Orange Street
                                                Wilmington, DE 19899
                                                Phone (302) 658-9141
                                                rhutz@cblh.com
                                                fdigiovanni@cblh.com
                                                dharbison@cblh.com
                                                snash@cblh.com

                                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants for this case. I further certify that on December 17, 2007, I caused a copy of the foregoing document to be served upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**
William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
marsden@fr.com

**BY E-MAIL AND U.S. MAIL**
John P. Pegram
Michael T. Zoppo
FISH & RICHARDSON P.C.
Citigroup Center
153 East 53rd Street, 52nd Floor
New York, NY 10022-4611
pegram@fr.com
zoppo@fr.com

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)