IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZIPPERTUBING (JAPAN), LTD.,<br><br>　　　　Defendant, | Civil Action No. 06-751-*** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 4, 2008, a true and correct copy of

**DEFENDANT ZIPPERTUBING (JAPAN), LTD.'S FIRST SET OF INTERROGA-TORIES TO PLAINTIFF PARKER-HANNIFIN CORPORATION (Nos. 1–5) and DEFENDANT ZIPPERTUBING (JAPAN), LTD.'S FIRST SET OF PRODUCTION REQUESTS TO PLAINTIFF TO PLAINTIFF PARKER-HANNIFIN CORPORATION (Nos. 1-19)** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA EMAIL AND HAND DELIVERY**

| | |
|---|---|
| Rudolf E. Hutz, Esq.<br>Harold Pezzner<br>Francis Digiovanni<br>Connolly, Bove, Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19801 | Attorneys for Plaintiff<br>PARKER-HANNIFIN CORPORATION |

Dated: January 4, 2008    FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247)
    FISH & RICHARDSON P.C.
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    (302) 652-5070
    marsden@fr.com

    John B. Pegram
    Michael Zoppo
    Citigroup Center – 52nd Floor
    153 East 53rd Street
    New York, NY 10022-4611
    (212) 765-5070


Attorneys for Defendant
ZIPPERTUBING (JAPAN), LTD.

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 4, 2008, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Rudolf E. Hutz, Esq.<br>Harold Pezzner<br>Francis Digiovanni<br>Connolly, Bove, Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19801 | Attorneys for Plaintiff<br>PARKER-HANNIFIN CORPORATION |

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.