IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ZIPPERTUBING (JAPAN), LTD.,<br><br>　　　　　　Defendant, | Civil Action No. 06-751-*** |

## JOINT STIPULATION TO EXTEND DISCOVERY RESPONSES

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that the deadline for discovery responses and/or objections to discovery requests between the parties that have already been served will be extended by an additional thirty (30) days and will be due as per the following:

　　　1.　　Defendant's Responses and/or Objections to Plaintiff's First Set of Interrogatories (Nos. 1-16) and Plaintiff's First Request for Production of Documents (Nos. 1-105), which were served upon Defendant on December 17, 2007, will be due on or before February 14, 2008; and

　　　2.　　Plaintiff's Responses and/or Objections to Defendant's First Set of Interrogatories (Nos. 1-5) and First Request for Production of Documents (Nos. 1-19), which were served upon Plaintiff on January 4, 2008, will be due on or before March 4, 2008.

Dated: January 11, 2008

| | |
|---|---|
| CONNOLLY, BOVE, LODGE & HUTZ LLP | FISH & RICHARDSON P.C. |
| By:*/s/ Francis DiGiovanni* | By: */s/ William J. Marsden, Jr.* |
|    Rudolf E. Hutz, Esq. |    William J. Marsden, Jr. (#2247) |
|    Harold Pezzner |    919 N. Market Street |
|    Francis Digiovanni |    Suite 1100 |
|    The Nemours Building |    P.O. Box 1114 |
|    1007 North Orange Street |    Wilmington, DE 19899-1114 |
|    P.O. Box 2207 |    (302) 652-5070 |
|    Wilmington, DE 19801 |    marsden@fr.com |
|    *Attorneys for Plaintiff* |    *Attorneys for Defendant* |
|    *Parker-Hannifin Corporation* |    *Zippertubing (Japan), Ltd* |

      SO ORDERED this _____ day of January, 2008.

 

                                _____
                                United States District Court Judge

80053879.doc