IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and<br>PARKER INTANGIBLES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZIPPERTUBING (JAPAN), LTD.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:06-cv-751-***<br>)<br>)<br>)<br>)<br>) |

## ORDER

WHEREAS, the Court has reviewed plaintiff Parker-Hannifin Corp.'s Unopposed Motion for Leave to File First Amended Complaint (the "Motion");

IT IS SO ORDERED, this ___ day of _____, 2008, pursuant to Federal Rule of Civil Procedure 15(a), that the Motion is granted, and plaintiff Parker-Hannifin Corp.'s First Amended Complaint as set forth in Exhibit 1 to the Motion is deemed filed and served on defendant Zippertubing (Japan), LTD.

_____
United States District Judge