IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZIPPERTUBING (JAPAN), LTD.,<br><br>Defendant, | Civil Action No. 06-751-*** |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of John Garretson and David Loretto to represent defendant Zippertubing (Japan), Ltd. in this matter.

Signed: /s/ *William J. Marsden, Jr.*
   William J. Marsden, Jr. (#2247)
   FISH & RICHARDSON P.C.
   919 N. Market Street, Suite 1100
   P.O. Box 1114
   Wilmington, DE 19899-1114
   (302) 652-5070
   marsden@fr.com

   Attorney for: Defendant, ZIPPERTUBING (JAPAN), LTD.

Date: January 17, 2008

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: January ___, 2008          _____
                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____
John Garretson
Fish & Richardson P.C.
Citigroup Center
153 East 53rd Street, 52nd Floor
New York, NY 10022-4611
(212) 765-5070

Date: 1/9/08

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: *David Loretto*
David Loretto
Fish & Richardson P.C.
Citigroup Center
153 East 53rd Street, 52nd Floor
New York, NY  10022-4611
(212) 765-5070

Date: January 8, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 17, 2008, I have Electronically Mailed the document to the following person(s):

**VIA EMAIL**

| | |
|---|---|
| Rudolf E. Hutz, Esq.<br>Harold Pezzner<br>Francis Digiovanni<br>Connolly, Bove, Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19801 | Attorneys for Plaintiff<br>PARKER-HANNIFIN CORPORATION |

/s/ William J. Marsden, Jr.
William J. Marsden, Jr.

80053688.doc