# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

January 31, 2008

**VIA ELECTRONIC FILING**

Magistrate Judge Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

    Re:   *Parker-Hannifin Corporation v. Zippertubing (JAPAN), Ltd.*
           Civil Action No. 06-751-***-MPT
           <u>Interim Status Report</u>

Dear Judge Thynge:

      I write on behalf of Parker-Hannifin Corp. ("Parker") and with the authorization of counsel for Zippertubing (Japan), Ltd. ("ZTJ"). This letter is being submitted in accordance with Paragraph 7 of the Court's Scheduling Order of September 11, 2007 (D.I. 16).

      The parties have exchanged discovery requests, including extensive Requests for Production and Interrogatories. The parties have stipulated to a one-month extension of time to answer the requests, and the Court has so ordered. Accordingly, ZTJ's responses will be served by February 14, 2008 and Parker's responses will be served by March 4, 2008. The parties have also agreed to a schedule for the exchange of documents, beginning in mid-February 2008.

      There is no protective order in place in this action. The parties are close to reaching an agreement on the terms. It is expected that a proposed protective order will be submitted to the Court for consideration shortly.

      Once the parties have reviewed the responses to their respective discovery requests, the parties intend to further discuss the merits of the case and the possibility of settlement.

Magistrate Judge Mary Pat Thynge
January 31, 2008
Page 2 of 2

      The parties look forward to the Status Conference scheduled for February 7, 2008.

                                         Very truly yours,

                                         Francis DiGiovanni

SN/el

cc:    Clerk of Court (via Electronic Filing)

589321v1