## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, | : | |
| Plaintiff, | : : : | |
| v. | : | Civil Action No. 06-751-MPT |
| ZIPPERTUBING (JAPAN), LTD., | : : : | |
| Defendant. | : : | |
| _____ | : | |
| PARKER-HANNIFIN CORPORATION, | : : | |
| Plaintiff, | : : : | |
| v. | : | C. A. No. 07-104-MPT |
| SEIREN CO., LTD., | : : : | |
| Defendant. | : : | |
| _____ | : | |
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES, LLC, | : : : | |
| Plaintiffs, | : : : | |
| v. | : | C. A. No. 07-266-MPT |
| SCHLEGEL ELECTRONIC MATERIALS, INC., | : : : : | |
| Defendant. | : : | |
| _____ | : | |
| SCHLEGEL ELECTRONIC MATERIALS, INC., | : : : | |
| Counterclaimant, | : : : | |
| v. | : : | |

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, | : |
| | : |
| Counter-Defendant. | : |

## ORDER

At Wilmington this **8th** day of **February, 2008**.

IT IS ORDERED that a teleconference has been scheduled in the above matters for **Thursday, March 13, 2008 at 10:00 a.m.** with Magistrate Judge Thynge. **Plaintiff's counsel, Francis DiGiovanni, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE