IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ZIPPERTUBING (JAPAN), LTD.,<br><br>    Defendant, | Civil Action No. 06-751-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 14, 2008, a true and correct copy of **Defendant Zippertubing's Responses To Plaintiff Parker-Hannifin's First Set Of Interrogatories (1-16) and Defendant Zippertubing's Responses To Parker Hannifin's First Set Of Requests For Production (Nos. 1 – 105)** were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**VIA EMAIL AND BY HAND**

| | |
|---|---|
| Rudolf E. Hutz, Esq.<br>Harold Pezzner<br>Francis Digiovanni<br>Connolly, Bove, Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19801 | Attorneys for Plaintiff<br>PARKER-HANNIFIN CORPORATION |

Dated: February 14, 2008   FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.*
   William J. Marsden (#2247)
   FISH & RICHARDSON P.C.
   919 N. Market Street, Suite 1100
   P.O. Box 1114
   Wilmington, DE 19899-1114
   (302) 652-5070
   marsden@fr.com

   John B. Pegram
   Michael Zoppo
   Citigroup Center – 52nd Floor
   153 East 53rd Street
   New York, NY 10022-4611
   (212) 765-5070

   Attorneys for Defendant
   ZIPPERTUBING (JAPAN), LTD.

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2008, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on February 14, 2008, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Rudolf E. Hutz, Esq.<br>Harold Pezzner<br>Francis Digiovanni<br>Connolly, Bove, Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19801 | Attorneys for Plaintiff<br>PARKER-HANNIFIN CORPORATION |

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.