# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>ZIPPERTUBING (JAPAN), LTD.,<br><br>  Defendant, | Civil Action No. 1:06-cv-00751 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of **(1) Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories (Nos. 1-5) and (2) Plaintiff's Answers and Objections to Defendant's First Set of Production Requests to Plaintiff (Nos. 1-19)** were served upon the following attorneys of record on March 4, 2008:

| **VIA E-MAIL AND HAND DELIVERY**<br>William J. Marsden, Jr.<br>FISH & RICHARDSON P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>marsden@fr.com | **VIA E-MAIL AND U.S. MAIL**<br>John P. Pegram<br>Michael T. Zoppo<br>FISH & RICHARDSON P.C.<br>Citigroup Center<br>153 East 53rd Street, 52nd Floor<br>New York, NY 10022-4611<br>pegram@fr.com<br>zoppo@fr.com |
|---|---|

|  |  |
|---|---|
| Dated: March 4, 2008 | */s/ Francis DiGiovanni* <br> Rudolf E. Hutz (#484) <br> Francis DiGiovanni (#3189) <br> Steven A. Nash (PA #85707 admitted *pro hac vice*) <br> CONNOLLY BOVE LODGE & HUTZ LLP <br> The Nemours Building <br> 1007 N. Orange Street <br> Wilmington, DE 19899 <br> Phone (302) 658-9141 <br> rhutz@cblh.com <br> fdigiovanni@cblh.com <br> dharbison@cblh.com <br> snash@cblh.com <br><br> *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants for this case. I further certify that on March 4, 2008, I caused a copy of the foregoing document to be served upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**
William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
marsden@fr.com

**BY E-MAIL AND U.S. MAIL**
John P. Pegram
Michael T. Zoppo
FISH & RICHARDSON P.C.
Citigroup Center
153 East 53rd Street, 52nd Floor
New York, NY 10022-4611
pegram@fr.com
zoppo@fr.com

*/s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)