IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PARKER-HANNIFIN CORPORATION, and : 
PARKER INTANGIBLES, LLC, :
:
:
Plaintiffs, :
:
v. : C.A. No.1:06-cv-00751-JJF-MPT
:
ZIPPERTUBING (JAPAN), LTD., :
:
:
Defendant. :

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to The Honorable Mary Pat Thynge, United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

_March 14, 2008_     _[signature]_
Date                  Farnan, J., United States District Judge