IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC, | : | |
| Plaintiffs, | : : : | |
| v. | : : | C.A. No. 06-751-MPT |
| ZIPPERTUBING (JAPAN), LTD., | : : : | |
| Defendant. | : | |
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC, | : : : | |
| Plaintiffs, | : : : | C.A. No. 07-104-MPT |
| v. | : : | |
| SEIREN CO., LTD., | : : : | |
| Defendant. | : | |

**DECLARATION OF KEITH A. WALTER, JR IN SUPPORT OF PLAINTIFFS' CONSOLIDATED CLAIM CONSTRUCTION ANSWERING BRIEF**

I, Keith A. Walter, Jr., do hereby declare:

1.  I am a member of the bar of the State of Delaware and have been admitted to practice before this Court.

2.  I am an attorney at the law firm of Connolly Bove Lodge and Hutz LLP, counsel for Plaintiffs, Parker-Hannifin Corporation and Parker Intangibles, LLC in this matter. I make this Declaration in support of Plaintiffs Parker-Hannifin Corporation and Parker Intangibles, LLC's, Consolidated Claim Construction Answering Brief.

3.  Attached hereto as Exhibit A is a true and correct copy of selected pages from Webster's Ninth New Collegiate Dictionary (Merriam-Webster, 1987).

I hereby declare under penalty of perjury that all of the statements made by me herein are true.

Dated:   July 15, 2008

_____
Keith A. Walter, Jr.

# EXHIBIT A

# Webster's Ninth New Collegiate Dictionary

*A Merriam-Webster*



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1987 by Merriam-Webster Inc.

Philippines Copyright 1987 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

  Based on Webster's third new international dictionary.
  Includes index.
  1. English language—Dictionaries.   I. Merriam-Webster Inc.
PE1628.W5638    1987    423    86-23801
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

2526RMcN87

Case 1:06-cv-00751-MPT    Document 48-2    Filed 07/15/2008    Page 4 of 4

**bottle club** n (1943) : a club that serves patrons alcoholic drinks after normal legal closing hours from supplies they have previously purchased or reserved

**bottled gas** n (1930) : gas under pressure in portable cylinders

**bot·tle-feed** \ˈbät-ᵊl-ˌfēd\ vt **-fed; -feed·ing** (1865) : to feed (as an infant) with a bottle

**bottle gourd** n (ca. 1828) : a common cultivated gourd (*Lagenaria siceraria*) with a variably shaped fruit that is sometimes used as a container

**bottle green** n (1816) : a dark green

**bot·tle·neck** \ˈbät-ᵊl-ˌnek\ adj (1896) : NARROW    **b** : a point of traffic congestion    **2 a** : a condition or situation that retards or halts free movement and progress    **b** : IMPASSE    **3** : a style of guitar playing in which glissando effects are produced by sliding an object (as a knife blade or the neck of a bottle) along the strings

**bottleneck** vt (1937) : to slow or halt by causing a bottleneck

**bot·tle-nosed dolphin** \ˈbät-ᵊl-ˌnōz-\ n (ca. 1909) : any of various moderately large stout-bodied toothed whales (genus *Tursiops* and esp. *T. truncatus*) with a prominent beak and falcate dorsal fin

**bottlenose dolphin** n (1940) : BOTTLE-NOSED DOLPHIN

**bot·tling** \ˈbät-liŋ\ n (1954) : a beverage and esp. a wine that is bottled

**bot·tom** \ˈbät-əm\ n [ME *botme*, fr. OE *botm*; akin to OHG *bodam* bottom, L *fundus*, Gk *pythmēn*] (bef. 12c)    **1 a** : the underside of something    **b** : a surface designed to support something resting on it    **c** : the posterior end of the trunk : BUTTOCKS, RUMP    **2** : the surface on which a body of water lies    **3 a** : the part of a ship's hull lying below the water    **b** : BOAT, SHIP    **4 a** : the lowest part or place    **b** : the lowest or last place in point of precedence or inmost point    **c** : the lowest or last place in point of precedence    **d** : the trousers or short pants of pajamas — usu. used in pl.    **e** : the last half of an inning of baseball    **f** : the bass or baritone instruments of a band    **5** : low-lying land along a watercourse — usu. used in pl.    **6** : BASIS, SOURCE    **7** : capacity (as of a horse) to endure strain    **8** : the main plowing mechanism of a plow    **9** : a foundation color applied to textile fibers before dyeing    **10** : a quantum characteristic ascribed to certain massive fundamental particles that accounts for the existence and lifetime of upsilon particles and has a value of zero for most known particles — **bot·tomed** \-əmd\ adj

**— at bottom** : REALLY, BASICALLY

**bottom** adj (14c)    **1** : of, relating to, or situated at the bottom ⟨~ rock⟩    **2** : frequenting the bottom ⟨~ fish⟩

**bottom** vt (1544)    **1** : to furnish with a bottom    **2** : to provide a foundation for    **3** : to bring to the bottom    **4** : to get to the bottom of ~ vi    **1** : to become based    **2** : to reach the bottom — **bot·tom·er** n

**bot·tom·land** \ˈbät-əm-ˌland\ n (1728) : BOTTOM 5

**bot·tom·less** \-ləs\ adj (14c)    **1** : having no bottom ⟨a ~ chair⟩    **2 a** : extremely deep    **b** : impossible to comprehend : UNFATHOMABLE ⟨a ~ mystery⟩    **3** : BOUNDLESS, UNLIMITED    **3 a** [fr. the absence of lower as well as upper garments] : NUDE ⟨~ dancers⟩    **b** : featuring nude entertainers — **bot·tom·less·ly** adv — **bot·tom·less·ness** n

**bot·tom-line** \ˌbät-əm-ˈlīn\ adj (1972)    **1** : concerned only with cost or profits    **2** : PRAGMATIC, REALISTIC

**bottom line** n (1967)    **1 a** : the essential or salient point : CRUX    **b** : the primary or most important consideration    **2 a** : the line at the bottom of a financial report that shows the net profit or loss    **b** : financial considerations (as cost or profit or loss)    **c** : the final result : OUTCOME, UPSHOT

**bot·tom·most** \ˈbät-əm-ˌmōst\ adj (1861)    **1 a** : situated at the very bottom    **b** : LOWEST, DEEPEST    **c** : LAST ⟨the ~ part of the day —Alfred Kazin⟩    **2** : most basic ⟨the ~ problems facing the world⟩

**bottom out** vi (1958) : to reach a low point before rebounding ⟨the market will bottom out in July⟩

**bottom round** n (1923) : meat (as steak) from the outer part of a round of beef

**bot·u·lin** \ˈbäch-ə-lən\ n [prob. fr. NL *botulinum*] (ca. 1900) : a toxin that is formed by the botulinum and is the direct cause of botulism

**bot·u·li·num** \ˌbäch-ə-ˈlī-nəm\ also **bot·u·li·nus** \-nəs\ n [NL, fr. L *botulus* sausage] (1902) : a spore-forming bacterium (*Clostridium botulinum*) that secretes botulin — **bot·u·li·nal** \-ˈlīn-ᵊl\ adj

**bot·u·lism** \ˈbäch-ə-ˌliz-əm\ n (1887) : acute food poisoning caused by botulin in food

**bou·bou** \ˈbü-ˌbü\ n [native name in Mali] (1961) : a long flowing garment worn in parts of Africa

**bou·chée** \bü-ˈshā\ n [F, lit., mouthful, fr. (assumed) VL *buccata*, fr. L *bucca* cheek, mouth — more at POCK] (1846) : a small patty shell usu. containing a creamed filling

**bou·clé** or **bou·cle** \bü-ˈklā\ n [F *bouclé* curly, fr. pp. of *boucler* to curl, fr. *bocle* buckle, curl] (1895)    **1** : an uneven yarn of three plies one of which forms loops at intervals    **2** : a textile fabric of bouclé yarn

**bou·doir** \ˈbüd-ˌwär, ˈbüd-\ n [F, fr. *bouder* to pout] (1781) : a woman's dressing room, bedroom, or private sitting room

**bouf·fant** \bü-ˈfänt, ˈbü-\ adj [F, fr. MF, fr. prp. of *bouffer* to puff] (1880) : puffed out ⟨~ hairdos⟩ ⟨a ~ veil⟩

**bou·gain·vil·lea** also **bou·gain·vil·laea** \ˌbü-gən-ˈvil-yə, ˌbōg-, ˌbüg-, -ˈvē-(y)ə\ n [NL, fr. Louis Antoine de *Bougainville*] (1881) : any of a genus (*Bougainvillaea*) of the four-o'clock family of ornamental tropical American woody vines with brilliant purple or red floral bracts

**bough** \ˈbau\ n [ME, shoulder, bough, fr. OE *bōg*; akin to OHG *buog* shoulder, Gk *pēchys* forearm] (bef. 12c) : a branch of a tree; esp : a main branch — **boughed** \ˈbaud\ adj

**bought** \ˈbȯt\ adj [pp. of *buy*] (1599) : STORE 2 ⟨~ clothes⟩

**bought·en** \-ᵊn\ adj [*bought* + *-en* (as in *forgotten*)] chiefly dial (1793) BOUGHT ⟨the only ~ carpet in the region —H. W. Thompson⟩

**bou·gie** \ˈbü-ˌzhē, -jē\ n [F, fr. *Bougie*, seaport in Algeria] (1755)    **1 a** : wax candle    **2 a** : a tapering cylindrical instrument for introduction into a tubular passage of the body    **b** : SUPPOSITORY

**bouil·la·baisse** \ˌbü-yə-ˈbäs, ˌbü-yə-\ n [F] (1855)    **1** : a highly seasoned fish stew made with at least two kinds of fish    **2** : POTPOURRI

**bouil·lon** \ˈbü(l)-ˌyän, ˈbü(l)-; ˈbül-yən; bü-ˈyōⁿ\ n [F, fr. OF *boillon*, fr. *boillir* to boil] (ca. 1656) : a clear seasoned soup made usu. from lean beef

**bouillon cube** n (ca. 1922) : a cube of evaporated seasoned meat extract

**boul·der** \ˈbōl-dər\ n [short for *boulder stone*, fr. ME *bulder ston*, part trans. of a word of Scand origin; akin to Sw dial. *bullersten* large stone

in a stream, fr. *buller* noise + *sten* stone] (1617) : a detached and rounded or much-worn mass of rock — **boul·dered** \-dərd\ adj — **bouldery** \-d(ə-)rē\ adj

**¹bou·le** \ˈbü-(ˌ)lē, bü-ˈlā\ n [Gk *boulē*, lit., will, fr. *boulesthai* to wish] (1846) : a legislative council of ancient Greece consisting first of an aristocratic advisory body and later of a representative senate

**²boule** \ˈbül\ n [F, ball — more at BOWL] (1918) : a pear-shaped mass (as of sapphire) formed synthetically in a special furnace with the atomic structure of a single crystal

**bou·le·vard** \ˈbu̇l-ə-ˌvärd, ˈbül-\ n [F, modif. of MD *bolwerc* bulwark] (1769) : a broad often landscaped thoroughfare

**bou·le·var·dier** \ˌbu̇l-ə-ˌvär-ˈdyā, ˌbül-, -ˈdi(ə)r\ n [F, fr. *boulevard* + *-ier* -er] (1879) : a frequenter of the Parisian boulevards; broadly : MAN-ABOUT-TOWN

**bou·le·ver·se·ment** \bül-(ə-)ver-sə-ˈmäⁿ\ n [F] (1782)    **1** : REVERSAL    **2** : a violent disturbance : DISORDER

**boulle** \ˈbül, ˈbyül\ n [André Charles *Boulle* †1732 Fr. cabinetmaker] (1823) : inlaid decoration of tortoiseshell, yellow metal, and white metal in cabinetwork

**¹bounce** \ˈbau̇n(t)s\ vb **bounced; bounc·ing** [ME *bounsen*] vt (13c)    **1** obs : BEAT, BUMP    **2** : to cause to rebound ⟨~ a ball⟩    **3 a** : DISMISS, FIRE    **b** : to expel precipitately from a place    **4** : to issue (a check) drawn on an account with insufficient funds ~ vi    **1** : to rebound after striking    **2** : to recover from a blow or a defeat quickly — usu. used with *back*    **3** : to be returned by a bank because of insufficient funds in a checking account ⟨his checks ~⟩    **4 a** : to leap suddenly : BOUND    **b** : to walk with springing steps    **5** : to hit a baseball so that it hits the ground before it reaches an infielder

**²bounce** n (1523)    **1 a** : a sudden leap or bound    **b** : REBOUND    **2** : BLUSTER    **3** : VERVE, LIVELINESS

**bounc·er** \ˈbau̇n(t)-sər\ n (1865) : one that bounces: as    **a** : one employed to restrain or eject disorderly persons    **b** : a batted baseball that bounces

**bounc·ing** \-siŋ\ adj (1563)    **1** : LIVELY, ANIMATED    **2** : enjoying good health : ROBUST — **bounc·ing·ly** \-siŋ-lē\ adv

**bouncing bet** \-ˈbet\ n, *often cap 2d B* [fr. *Bet*, nickname for *Elizabeth*] (ca. 1817) : a European perennial herb (*Saponaria officinalis*) of the pink family that is widely naturalized in the U.S. and has pink or white flowers and leaves which yield a detergent when bruised — called also *soapwort*

**bouncy** \ˈbau̇n(t)-sē\ adj **bounc·i·er; -est** (1921)    **1** : BUOYANT, EXUBERANT    **2** : RESILIENT    **3** : marked by or producing bounces — **bounc·i·ly** \-sə-lē\ adv

**¹bound** \ˈbau̇nd\ adj [ME *boun*, fr. ON *búinn*, pp. of *búa* to dwell, prepare; akin to OHG *búan* to dwell — more at BOWER] (13c)    **1** *archaic* : READY    **2** : intending to go : GOING ⟨~ for home⟩ ⟨*college-bound*⟩

**²bound** n [ME, fr. OF *bodne*, fr. ML *bodina*] (13c)    **1 a** : a limiting line : BOUNDARY — usu. used in pl.    **b** : something that limits or restrains ⟨beyond the ~s of decency⟩    **2** *usu pl*    **a** : BORDERLAND    **b** : the land within certain bounds    **3** : a number greater than or equal to every number in a set (as the range of a function); *also* : a number less than or equal to every number in a set

**³bound** vt (14c)    **1** : to set limits or bounds to : CONFINE    **2** : to form the boundary of : ENCLOSE    **3** : to name the boundaries of

**⁴bound** adj [ME *bounden*, fr. pp. of *binden* to bind — more at BIND] (13c)    **1 a** : fastened by or as if by a band : CONFINED ⟨*desk-bound*⟩    **b** : very likely : SURE ⟨~ to rain soon⟩    **2** : placed under legal or moral restraint or obligation : OBLIGED ⟨*duty-bound*⟩    **3** : made costive : CONSTIPATED    **4** *of a book* : secured to the covers by cords, tapes, or glue    **5** : DETERMINED, RESOLVED    **6** : held in chemical or physical combination ⟨~ water in a molecule⟩    **7** : always occurring in combination with another linguistic form ⟨*un-* in *unknown* and *-er* in *speaker* are ~ forms⟩ — compare ¹FREE 11d

**⁵bound** n [MF *bond*, fr. *bondir* to leap, fr. (assumed) VL *bombitire* to hum, fr. L *bombus* deep hollow sound — more at BOMB] (1553)    **1** : LEAP, JUMP    **2** : the action of rebounding : BOUNCE

**⁶bound** vi (1592)    **1** : to move by leaping    **2** : REBOUND, BOUNCE

**bound·ary** \ˈbau̇n-d(ə-)rē\ n, pl **-aries** (1626) : something that indicates or fixes a limit or extent; *specif* : a bounding or separating line, point, or plane

**boundary layer** n (ca. 1921) : a region of retarded fluid near the surface of a body which moves through a fluid or past which a fluid moves

**bound·en** \ˈbau̇n-dən\ adj [ME] (14c)    **1** *archaic* : being under obligation : BEHOLDEN    **2** : made obligatory : BINDING ⟨our ~ duty⟩

**bound·er** \-dər\ n (1505)    **1** : one that bounds    **2** : a man of objectionable social behavior : CAD

**bound·less** \ˈbau̇n-dləs\ adj (1592) : having no boundaries : VAST — **bound·less·ly** adv — **bound·less·ness** n

**bound up** adj (1611) : closely involved or associated — usu. used with *with*

**boun·te·ous** \ˈbau̇nt-ē-əs\ adj [ME *bountevous*, fr. MF *bontif* kind, fr. OF, fr. *bonté*] (14c)    **1** : giving or disposed to give freely    **2** : liberally bestowed — **boun·te·ous·ly** adv — **boun·te·ous·ness** n

**boun·tied** \ˈbau̇nt-ēd\ adj (1788)    **1** : having the benefit of a bounty    **2** : rewarded or rewardable by a bounty

**boun·ti·ful** \ˈbau̇nt-i-fəl\ adj (1508)    **1** : liberal in bestowing gifts or favors    **2** : given or provided abundantly ⟨a ~ harvest⟩ *syn* see LIBERAL — **boun·ti·ful·ly** \-f(ə-)lē\ adv — **boun·ti·ful·ness** \-fəl-nəs\ n

**boun·ty** \ˈbau̇nt-ē\ n, pl **bounties** [ME *bounte* goodness, fr. OF *bonté*, fr. L *bonitat-, bonitas*, fr. *bonus* good, fr. OL *duenos*; akin to MHG *zwiden* to grant, L *bene* well] (13c)    **1** : something that is given generously    **2** : liberality in giving : GENEROSITY    **3** : yield esp. of a crop    **4** : a reward, premium, or subsidy esp. when offered or given by a government: as    **a** : an extra allowance to induce entry into the armed services    **b** : a grant to encourage an industry    **c** : a payment to encourage the destruction of noxious animals    **d** : a payment for the capturing or assisting in capturing an outlaw

---

\ə\ abut    \ˀ\ kitten, F table    \ər\ further    \a\ ash    \ā\ ace    \ä\ cot, cart
\au̇\ out    \ch\ chin    \e\ bet    \ē\ easy    \g\ go    \i\ hit    \ī\ ice    \j\ job
\ŋ\ sing    \ō\ go    \ȯ\ law    \ȯi\ boy    \th\ thin    \ṯẖ\ the    \ü\ loot    \u̇\ foot
\y\ yet    \zh\ vision    \ä, k, ⁿ, œ, œ̄, ᵫ, ū̇, ᵋ\ *see* Guide to Pronunciation

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants for this case. I further certify that on July 15, 2008, I caused a copy of the foregoing document to be served upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**
William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
marsden@fr.com

**BY E-MAIL**
John P. Pegram
Michael T. Zoppo
FISH & RICHARDSON P.C.
Citigroup Center
153 East 53rd Street, 52nd Floor
New York, NY 10022-4611
pegram@fr.com
zoppo@fr.com

/s/ *Francis DiGiovanni*
Francis DiGiovanni (#3189)