## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PARKER-HANNIFIN CORPORATION, et al.,   :

            Plaintiffs,          :

     v.                      :    C.A. No. 06-751-MPT

ZIPPERTUBING (JAPAN) LTD,        :

            Defendant.       :

## AMENDMENT TO SCHEDULING ORDER

The parties to this action, having conferred and having determined that additional time for submission of expert reports would be appropriate, stipulate and agree, subject to the Order of the Court, to the following;

1.    Paragraph 3.d of the Court's Initial Scheduling Order of September 11, 2007 (D.I. 16) is hereby vacated, and shall be replaced by paragraph 2 of this stipulated Order.

2.    Disclosure of Expert Testimony. For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before **September 15, 2008**. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before **October 15, 2008**. Along with the submissions of the expert reports, the parties shall advise of the dates and times of their experts' availability for deposition. Expert depositions shall be completed by **November 14, 2008**.

Case 1:06-cv-00751-MPT    Document 53    Filed 08/11/2008    Page 2 of 2

CONNOLLY BOVE LODGE & HUTZ LLP        FISH & RICHARDSON P.C.

By:    /s/ Francis DiGiovanni                          By:    /s/ William J. Marsden, Jr.
       Francis DiGiovanni (#3189)                              William J. Marsden, Jr. (#2247)
       Steven A. Nash (PA #85707 –                             919 N. Market Street, Suite 1100
          admitted *pro hac vice*)                             P.O. Box 1114
       The Nemours Building                                    Wilmington, Delaware 19899
       1007 North Orange Street                                (302) 652-5070
       Wilmington, Delaware 19801                              *Attorney for Defendant*
       (302) 658-9141
       *Attorneys for Plaintiffs*


SO ORDERED this _⁄⁄_ day of August, 2008.


_____
UNITED STATES MAGISTRATE JUDGE