IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC<br><br>        Plaintiff,<br><br>  v.<br><br>ZIPPERTUBING (JAPAN), LTD.,<br><br>        Defendant, | Civil Action No. 06-751-MPT |

**PROPOSED ORDER GRANTING ZIPPERTUBING'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER TO FIRST AMENDED COMPLAINT**

AND NOW, the Court, having considered Zippertubing (Japan) Ltd.'s motion for leave to file an amended answer ("the Motion") and the parties' arguments thereon,

IT IS HEREBY ORDERED that the Motion is GRANTED and that Zippertubing (Japan), Ltd is given leave to file an amended answer in the form attached as Exhibit A to the Motion..

SO ORDERED, this _____ day of _____, 2008.

                    By: _____
                          Magistrate Judge Mary Pat Thynge

Case 1:06-cv-00751-MPT   Document 57   Filed 08/18/2008   Page 2 of 2