# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

August 21, 2008

**VIA ELECTRONIC FILING**

Magistrate Judge Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

> Re: *Parker-Hannifin Corporation v. Zippertubing (JAPAN), Ltd.*
> Civil Action No. 06-751-MPT
> Request for Authorization to Take Depositions in Japan

Dear Judge Thynge:

    I write on behalf of Parker-Hannifin Corp. and Parker Intangibles, LLC ("Parker"). Further to our letter to the Court of April 22, 2008 (D.I. 37), Parker has reserved a deposition room at the U.S. Consulate in Osaka-Kobe, Japan from October 1 through October 7, 2008 to take depositions of defendant Zippertubing.

    In accordance with the Consulate rules, we request that the Court issue a certified order authorizing the Consul or Vice Consul to take the depositions of Zippertubing and four of its employees. A proposed order in the form recommended by the Consulate is submitted herewith. Parker thanks Your Honor for your attention to this matter.

Very truly yours,

*Francis DiGiovanni / by Keith Walter*
(Bar I.D. #4157)

Francis DiGiovanni

FD/SN/el

cc: Clerk of Court (via Electronic Filing)

589321v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZIPPERTUBING (JAPAN), LTD.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:06-cv-751-MPT<br>)<br>)<br>)<br>) |

    **To any Consul or Vice Consul of the United States**
    **of America at Osaka-Kobe, Japan:**

Upon the application of Plaintiffs, Parker-Hannifin Corporation and Parker Intangibles, LLC, and pursuant to Article 17 of the United States – Japan Consular Convention,

you have been duly appointed and you are hereby authorized to take oral depositions at the United States Consulate in Osaka-Kobe, Japan, on or about October 1-7, 2008, of the following witnesses who will appear voluntarily:

    1.    Zippertubing (Japan), Ltd. by its designees under Fed.R.Civ.P. 30(b)(6);
    2.    Mr. Hiraaki Otsuka;
    3.    Mr. Yousuke Fukuda;
    4.    Ms. Haruka Saito; and
    5.    Mr. Masaki Loi.

_____
DATE


_____
MARY PAT THYNGE, UNITED STATES MAGISTRATE JUDGE



SEAL

630612

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2008, I caused to be electronically filed a true and correct copy of the foregoing documents with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants for this case. I further certify that on August 21, 2008, I caused a copy of the foregoing documents to be served upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**
William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
marsden@fr.com

**BY E-MAIL AND U.S. MAIL**
John P. Pegram
John Garretson
FISH & RICHARDSON P.C.
Citigroup Center
153 East 53rd Street, 52nd Floor
New York, NY 10022-4611
pegram@fr.com
zoppo@fr.com

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)