IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-751-MPT |
| | : |
| ZIPPERTUBING (JAPAN), LTD., | : |
| | : |
| Defendant. | : |

**ORDER**

At Wilmington this **22nd** day of **August, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, August 28, 2008 at 4:00 p.m.** with Magistrate Judge Thynge to address a discovery matter. **William J. Marsden, Jr., Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE