## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and<br>PARKER INTANGIBLES, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ZIPPERTUBING (JAPAN), LTD.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 1:06-cv-751-MPT<br>)<br>)<br>)<br>) |

## <u>PROPOSED ORDER</u>

WHEREAS, the Court has reviewed Defendant, Zippertubing (Japan) Ltd.'s

Motion for Leave to File an Amended Answer to First Amended Complaint and Plaintiff

Parker-Hannifin Corp. and Parker Intangibles, LLC's Opposition thereto;

IT IS SO ORDERED, this _____ day of _____, 2008, Defendant

Zippertubing (Japan), Ltd.'s Motion for Leave to File an Amended Answer to First

Amended Complaint is DENIED.


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States Magistrate Judge