IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ZIPPERTUBING (JAPAN), LTD.,<br><br>　　　　　Defendant. | :<br>:<br>:<br>:<br>:　C.A. No. 06-751-MPT<br>:<br>:<br>:<br>:<br>: |

**DECLARATION OF MICHAEL H. BUNYAN IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO MOTION OF DEFENDANT FOR LEAVE TO
FILE AN AMENDED ANSWER TO FIRST AMENDED COMPLAINT**

I, Michael H. Bunyan, hereby declare and state as follows:

1. I am a scientist for the Chomerics Division of Parker-Hannifin Corporation ("Parker"). I received a certification in Materials Science and Plastics Engineering from the University of Massachusetts. I have almost 22 years of experience in research and development in the electromagnetic interference ("EMI") shielding industry.

2. I am the inventor of the subject matter described and claimed in U.S. Patent No. 6,410,137 ("the '137 patent").

3. The '137 patent is directed to an intumescent, flame-retardant pressure-sensitive adhesive (PSA) composition particularly adapted for use in foil-over-foam EMI shielding gaskets.

4. The commercial embodiment of the '137 patent is Parker's Soft-Shield® 4000 series of foil-over-foam gaskets.

5. The three-part combination of flame retardants described in the '137 patent is used as an adhesive in Soft-Shield® 4000 to bond the foam core to the foil.

6. The idea of using a three-part combination of flame retardants, including brominated compounds, antimony compounds, and graphite, was first considered for use in a commercial product in July 1998.

7. William I. Flanders and I are co-inventors of the subject matter described and claimed in U.S Patent No. 6,248,393; U.S. Patent No. 6,387,523; U.S. Patent No. 6,521,348; U.S. Patent No. 6,716,536; and U.S. Patent No. 6,777,095 (collectively "the patents-in-suit").

8. Parker's commercial embodiment of the inventions described in the patents-in-suit is Parker's Soft Shield® 5000 series of fabric-over-foam gaskets.

9. The best mode known to the inventors, myself and Mr. Flanders, at the time of filing Provisional Application No. 60/076,370 on February 27, 1998, which led to the patents-in-suit, was to use a modified acrylic latex having a two-part combination of flame retardant additives, namely a brominated compound and an antimony compound (the "two-part combination").

10. The two-part combination coating does not include graphite.

11. As described in the patents-in-suit, the two-part combination originally included decabromodiphenyl oxide and antimony oxide, which were acquired as components of a commercially available emulsion called Heveatex 4129FR. The name of Heveatex 4129FR was changed to Heveatex 4153 when certain viscosity adjustments were made at Parker's request. A material safety data sheet for the emulsion is attached hereto as Exhibit A.

12. The Soft Shield® 5000 series used the two-part combination in the flame retardant coating from its introduction in 1998 until 2006.

2

13.  In 2006, the European Union banned the use of decabromodiphenyl oxide.

14.  In response to the ban, Parker made Soft Shield® 5000 for a period of about six months with a single-part flame retardant in the coating, which was graphite.

15.  Parker found processing of the graphite-containing coating difficult, and resulted in products that were not aesthetically pleasing and often failed to meet customers' standards.

16.  In response to customer complaints, Parker switched to a graphite-free coating having a combination of antimony oxide, zinc borate, and decabromodiphenyl ethane (a halogenated compound that complies with the new European regulation), which is still used today in Soft Shield® 5000.

17.  The Soft Shield® 5000 series has never included the three-part combination of the '137 patent in the coating, and still does not use the three-part combination of the '137 patent today.

18.  The two-part combination was the best mode known to the inventors at the time each of the applications leading to the patents-in-suit was filed (February 16, 1999 with respect to U.S Patent No. 6,248,393; June 18, 2001 with respect to U.S. Patent No. 6,387,523; May 9, 2002 with respect to U.S. Patent No. 6,521,348; December 11, 2002 with respect to U.S. Patent No. 6,716,536; and January 7, 2004 with respect to U.S. Patent No. 6,777,095).

19.  The two-part combination was still considered the best mode for practicing the inventions of the patents-in-suit until very recently.

20. Within the last year, concerns over the use of halogenated compounds have spurred current research into non-halogenated (e.g., non-brominated) flame retardant additives.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. This Declaration is executed this 2nd day of September, 2008.

_____
Michael H. Bunyan

# EXHIBIT A

```
------------------------------------------------------------ Page 1 of 3 ------
                                                 ****************************
HEVEATEX CORPORATION                             *    MATERIAL SAFETY    *
106 Ferry Street                                 *      DATA SHEET       *
Fall River, MA 02722                             ****************************
(508)675-0181
Date revised: Jan. 13, 1998
```

## I. PRODUCT IDENTIFICATION

IDENTITY(as used on label): 004153

PRODUCT TYPE:  Acrylic Latex Compound

## II. HAZARDOUS COMPONENTS     | OSHA PEL | ACGIH TLV | %

None

\* This product contain the following chemicals subject to the reporting requirements of SARA Section 313 and 40CFR Part 372:

        Decabromodiphenyl oxide CAS#1163-19-5    25%
        Antimony compounds(Category code N010)   12.5%

## III. PHYSICAL/CHEMICAL PROPERTIES

Boiling Point: 212 F            Specific gravity($H_2O=1$): 1.32

Solubility in water: Dilutable

Appearance and odor: Viscous white liquid - mild acrylate odor

## IV. FIRE AND EXPLOSION HAZARD DATA

Flash point(Method used): N/A
UEL: N/A         LEL: N/A

Extinguishing media: Water fog, $CO_2$, dry chemical, foam.

Special Fire Fighting Procedures: Use of SCBA is recommended.

Unusual Fire and Explosion Hazards: None known

------------------------------------------------------------------- Page 2 of 3 -----

## V. REACTIVITY DATA

Stability: **Stable**

Hazardous Polymerization: **Will not occur**

Incompatibility(Materials to avoid):  **Avoid contact with strong oxidizing agents.**

Hazardous Decomposition or Byproducts:  **Oxides of carbon and nitrogen from thermal decomposition.**

## VI. HEALTH HAZARD DATA

Primary routes of Entry:   Inhalation?  Yes         Skin?  Yes

                           Ingestion?  Possible

Health Hazards(Acute and Chronic):  Prolonged skin contact or direct eye contact may cause mild irritation. Prolonged breathing of heated vapors may cause respiratory irritation.

Carcinogenicity:     NTP?   No          IARC Monographs?   No

OSHA Regulated:  No

Signs and Symptoms of Exposure:   Eye, skin, or respiratory irritation.

Medical Conditions Generally Aggravated by Exposure:   None known

Emergency First Aid Procedures:  EYES: Flush with water and rinse with USP eyewash. SKIN: Wash with soap and water. INJESTION: Follow with water and consult physician. INHALATION: Remove to fresh air.

## VII. PRECAUTIONS FOR SAFE HANDLING AND USE

In case of Spillage:  Contain spill and soak up with industrial absorbent material.

Waste Disposal Method:  Landfill or incinerate in accordance with applicable Federal, State, and Local Regulations.

Storage and Handling:  Keep from freezing.  Mix well before using.  Keep containers properly sealed when not in use.  Store under normal room conditions.



| Material Safety Data Sheet<br>May be used to comply with<br>OSHA's Hazard Communication Standard,<br>29 CFR 1910.1200. Standard must be<br>consulted for specific requirements. | U.S. Department of Labor<br>Occupational Safety and Health Administration<br>(Non-Mandatory Form)<br>Form approved<br>OMB No. 1218-0072 |
|---|---|
| IDENTITY (As Used on Label and List)   H-4129FR | Note: Blank spaces are not permitted. If any item is not applicable, or no information is available, the space must be marked to indicate that. |

Acrylic Latex Compound

### Section I

| Manufacturer's Name   Heveatex Corporation | Emergency Telephone Number   (508)675-0181 |
|---|---|
| Address (Number, Street, City, State, and ZIP Code) | Telephone Number for Information   Same |
| P.O. Box 2573 | Date Prepared   January 6, 1995 |
| 106 Ferry Street | Signature of Preparer (optional) |
| Fall River, MA 02722 | |

### Section II — Hazardous Ingredients/Identity Information

| Hazardous Components (Specific Chemical Identity; Common Name(s)) | OSHA PEL | ACGIH TLV | Other Limits Recommended | % (optional) |
|---|---|---|---|---|
| None | | | | |

This product contains the following chemicals subject to the reporting requirements of SARA Section 313 and 40 CFR Part 372:
Decabromodiphenyl oxide(CAS#1163-19-5) - 33.7%
Antimony compounds - 6.77%

### Section III — Physical/Chemical Characteristics

| Boiling Point | 212°F | Specific Gravity ($H_2O$ = 1) | 1.19 |
|---|---|---|---|
| Vapor Pressure (mm Hg.) | N/A | Melting Point | N/A |
| Vapor Density (AIR = 1) | N/A | Evaporation Rate (Butyl Acetate = 1) | As water |
| Solubility in Water | Dilutable | | |
| Appearance and Odor | White liquid - mild acrylate odor | | |

### Section IV — Fire and Explosion Hazard Data

| Flash Point (Method Used)   N/A | Flammable Limits   N/A | LEL | UEL |
|---|---|---|---|
| Extinguishing Media   Water, Foam, $CO_2$, Dry Chemical | | | |
| Special Fire Fighting Procedures   Use positive pressure SCBA | | | |
| Unusual Fire and Explosion Hazards   None known | | | |