## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, I caused to be electronically filed a true and correct copy of the foregoing documents with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to counsel of record on the Court's CM/ECF registrants for this case. I further certify that on September 2, 2008, I caused a copy of the foregoing documents to be served upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**
William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
marsden@fr.com

**BY E-MAIL AND U.S. MAIL**
John P. Pegram
John Garretson
FISH & RICHARDSON P.C.
Citigroup Center
153 East 53rd Street, 52nd Floor
New York, NY 10022-4611
pegram@fr.com
garrettson@fr.com

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)